UNITED STATES DISTRICT COURT

for the

Eastern District of Wisconsin

_____ Division

Case No. 23-C-1402 ~~23-C-1195~~
(to be filled in by the Clerk's Office)

Victor S. Rodriguez
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Grant County Child Support Agency, and Lilian Romero
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: (check one)  ☒ Yes  ☐ No

CLERK USDC EDWI
FILED
2023 OCT 20 P 2:45

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   - Name
   - Address
     - City
     - State
     - Zip Code
   - County
   - Telephone Number
   - E-Mail Address

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   - Name
   - Job or Title *(if known)*
   - Address
     - City
     - State
     - Zip Code
   - County
   - Telephone Number
   - E-Mail Address *(if known)*
   - ☐ Individual capacity  ☐ Official capacity

   Defendant No. 2
   - Name
   - Job or Title *(if known)*
   - Address
     - City
     - State
     - Zip Code
   - County
   - Telephone Number
   - E-Mail Address *(if known)*
   - ☐ Individual capacity  ☐ Official capacity

Defendant No. 3
Name
Job or Title *(if known)*
Address

City   State   Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

City   State   Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constutitionality of State Statutes, Codes, and Ordinances, versus Plaintiff's Civil Rights granted by the U. S. Constutition & Due Process, with remedies and recourses.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

The entity known as Office of Child Support Enforcement has violated my civil rights because they have either judicially or administratively violated my Civil Rights under the Color of Law. Using statutues, ordinances, compliled statutes, etc. And there is no remedy or recourse to redress this matter in the state court system! They are garnishing my wages, suspending my driver's license, taking mu income taxes, etc., acting under color of law to willfully deprive a me of a right or privilege protected by the Constitution or Laws of the United States.

B. What date and approximate time did the events giving rise to your claim(s) occur?

See the attached complaint for the this information is contained within the paperwork presented as Exhibits.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Defamation: The Defendant made such statements to a thrid party (i.e., Credit Bureaus, DMV, State Department.
Intentional Infliction of Emotional Distress: The actions or conduct of the Defendants were extreme and outrageous the Defendant acted intentionally and recklessly.
Threats regarding False Imprisonment if I fail to comply with "alleged child support debt" order.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

As explained above my Civil Rights were clearly violated by the State acting under the color of law. I never have the opportunity to face my accusers. Due Process was not given to me and I seeking relief from this agregious violation of my Rights under the U.S. Constutition. The U.S. District Court does have jurisdiction when it comes down to matters of violations of my unalienable rights. I am requesting Relief to be granted by following the Rules of Law of the U.S. Constitution declaring that child support is Unconstitutional and thereby giving me back my Driver License, U.S. Passport, refunding my income taxes, stop immediately the granishment of my wages, and any othe rporcesses that they may use to collect the "alleged" child support, and damages not less than $150,000 for my distress, and injuries.

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/19/2023

Signature of Plaintiff X *[signature]*
Printed Name of Plaintiff Victor S. Rodriguez

B. **For Attorneys**

Date of signing:

Signature of Attorney Pro Se
Printed Name of Attorney
Bar Number
Name of Law Firm

| | |
|---|---|
| Address | W3255 3rd Street |
| | Nekoosa / City     Wisconsin / State     54457 / Zip Code |
| Telephone Number | (608)732-6136 |
| E-mail Address | |